**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Kevin Steve Thornton v. Chelsea Westfall

Appellate case number:    01-19-00898-CV

Trial court case number:  2019-72510

Trial court:               280th District Court of Harris County

      The record was due on December 23, 2019. *See* TEX. R. APP. P. 35.1. The clerk's record was filed on January 3, 2020, but the court reporter advised the Court that no payment arrangements had been made for the filing of the reporter's record. The Court sent a notice to appellant that, unless the reporter's record was filed or appellant responded with proof of payment arrangements for the reporter's record by January 27, 2020, the Court might require appellant to file his brief without the benefit of the reporter's record. *See* TEX. R. APP. P. 37.3(c). On February 3, 2020, appellant filed a motion for extension of time to file the appellant's brief seeking 60 days so that appellant could raise the funds to pay for documents necessary to draft the brief.

      The Court **grants** the extension. Appellant's brief, prepared with or without the benefit of the reporter's record, is due **60 days from the date of this order.** If no reporter's record is filed, the Court will consider and decide the issues that do not require a reporter's record for decision. TEX. R. APP. P. 37.3(c).

      It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
                  ☑ Acting individually    ☐ Acting for the Court


Date: ___February 6, 2020_____